E-FILED
Wednesday, 06 May, 2026  04:32:53 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

JAZMIN LOPEZ,

      **Plaintiff,**

v.

**EQUIFAX INFORMATION
SERVICES LLC,**

      **Defendant.**

**Case No. 25-2192**

### REPORT AND RECOMMENDATION

On June 27, 2025, Plaintiff filed a Complaint (#1) against Defendant. On March 2, 2026, Judge Bruce denied Defendant's Motion to Dismiss and referred the case back to this Court. The Court set a telephone Rule 16 Scheduling Conference for April 9, 2026. Plaintiff failed to appear at the conference.

Later on April 9, the Court entered an Order to Show Cause (#18) and directed Plaintiff to show cause as to why this matter should not be dismissed for failing to prosecute this case and to participate in required hearings. Plaintiff was given 21 days from the entry of the Order to Show Cause to comply. The Court noted that failure to respond would result in dismissal of this case without prejudice. It has been more than 21 days, and Plaintiff has not responded.

**Therefore, the Court recommends that this case be DISMISSED without prejudice for failure to prosecute and participate in required hearings pursuant to Fed. R. Civ. P. 41(b).** The parties are advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 6th day of May, 2026.


s/ ERIC I. LONG                        
UNITED STATES MAGISTRATE JUDGE